FILED - GR
September 29, 2026 9:39 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns SCANNED BY: AR / 9.29

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDON WILDER,

Defendant.
______________________________/

1:26-cr-98
Robert J. Jonker
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**(Unlawful Carrying Away of Firearms from a Federal Firearms Licensee)**

Between on or about May of 2023 and on or about November of 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

BRANDON WILDER

knowingly stole and unlawfully carried away at least one firearm from Business 1, which constituted the premises of a person who was licensed to engage in the business of dealing in firearms, and the firearm had been previously shipped and transported in interstate or foreign commerce.

The firearms that the defendant stole and unlawfully carried away, each of which was previously shipped and transported in interstate commerce, include, but are not limited to, the following:

1. A Ratmil/Cugir/CIG ROMAK2 5.45x39;
2. A Remington 870 Express Magnum, 12 GA Shotgun;

3. An FN FN-49;

4. A TERNI M42 Carcano rifle, 6.5x52mm;

5. A Norinco/CSI 1911, pistol, .45 ACP;

6. A Colt Python, revolver; and

7. A Remington Sportsman 48, 12 GA Shotgun.

18 U.S.C. § 922(u)
18 U.S.C. § 924(i)

## FORFEITURE ALLEGATION

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(u), set forth in this Information,

BRANDON WILDER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, the following:

1. A Ratmil/Cugir/CIG ROMAK2 5.45x39;
2. A Remington 870 Express Magnum, 12 GA Shotgun;
3. An FN FN-49;
4. A TERNI M42 Carcano rifle, 6.5x52mm;
5. A Norinco/CSI 1911, pistol, .45 ACP;
6. A Colt Python, revolver; and
7. A Remington Sportsman 48, 12 GA Shotgun.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(u)

TIMOTHY VERHEY
United States Attorney

Date: September 28, 2026

AUSTIN J. HAKES
Assistant United States Attorney