UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON WILDER,

Defendant.
______________________________/

Case No. 1:26−cr−00098−RJJ

Hon. Robert J. Jonker

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Change of Plea Hearing |
| Date/Time: | October 30, 2026 10:00 AM |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

*Arraignment to be scheduled with duty magistrate in advance of plea hearing.*

ROBERT J. JONKER
United States District Judge

Dated: October 8, 2026

By: /s/ Stephanie Carpenter
Case Manager