UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:26−cr−00098−RJJ

v.

Hon. Robert J. Jonker

BRANDON WILDER,

Defendant.
_______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>First Appearance |
| Date/Time: | October 30, 2026 09:30 AM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated: October 9, 2026

By: /s/ Angie L. Doezema
Courtroom Deputy